IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE GENE EVANS,

     Plaintiff,                        JUDGMENT IN A CIVIL CASE

  v.                             Case No.   13-cv-421-wmc

RICK RAEMISCH, et al.,

     Defendants.

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Eddie G. Evans's request for leave to proceed with his complaint and dismissing his complaint with prejudice for failure to state a claim.


    /s/                                        November 7, 2014

    Peter Oppeneer, Clerk of Court                        Date