In The United States District Court
For The Western District of Wisconsin

Eddie Gene Evans,
　　Plaintiff,

Versus

Rick Raemisch, et al,
　　Defendants.

Civil Action
Case No. 13-cv-421-WMC

Filed: _____

_____/_____
Clerk of Court

## Notice Of Motion To Appeal To The Seventh Circuit Court Of Appeal, The Court's November 7, 2014 ORDER, Dismissing Evans' Request For Leave To Proceed With His Complaint; And Dismissing His Complaint With Prejudice For Failure To State A Claim.

Evans To intend to appeal the Court's November 7, 2014, ORDER, dismissing his 42 U.S.C. 1983, Complaint, which sufficiently alleged his Claims against each named defendant; and dismissing his request for leave to proceed under the federal pauperis status, with prejudice, to the United States Court of Appeals, Seventh Circuit, for the reasons that Evans believes the District Court simply got it wrong.

Respectfully Submitted

Eddie Gene Evans
Eddie Gene Evans #110861
David Wade Correctional Cen
670 Bell Hill Road
Homer, LA 71040